■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK SANCHEZ, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BUDDY GILES, Appellant.—Judgment, Supreme Court, New York County (Harold Baer, Jr., J., at *Wade* and *Huntley* hearings, trial and sentence), rendered May 31, 1984, convicting defendant Sanchez, after a jury trial, of robbery in the first degree and robbery in the second degree, and sentencing him as a predicate felon to concurrent indeterminate terms of imprisonment of from 9 to 18 years, unanimously modified, on the law, to reduce the sentence imposed on defendant for robbery in the second degree to 7½ to 15 years, and otherwise affirmed.

Judgment, Supreme Court, New York County (Harold Baer, Jr., J., at *Wade* and *Huntley* hearings, trial and sentence), rendered July 5, 1984, convicting defendant Giles, after a jury trial, of robbery in the first degree and robbery in the second degree, and sentencing him as a predicate felon to concurrent terms of imprisonment of from 7 to 14 years, affirmed.

As the People acknowledge, the sentence imposed on Sanchez of 9 to 18 years' imprisonment as a second felony offender under his conviction for robbery in the second degree exceeded the maximum sentence of 7½ to 15 years authorized for that offense, and the sentence is accordingly reduced to 7½ to 15 years.

We have considered the other issues presented by defendants and have concluded that the record discloses no error that would justify reversal of the judgments of conviction. Concur—Murphy, P. J., Sandler, Lynch, Kassal and Ellerin, JJ.